# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OJ COMMERCE LLC,<br>　　　　Plaintiff,<br>-vs-<br><br>ONUS GLOBAL FULFILLMENT SOLUTION, LLC et al.<br>　　　　Defendants. | ) Case No. 0:21-cv-61271-RAR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF FILING PROPOSED SUMMONS

Plaintiff OJ Commerce, LLC ("Plaintiff") hereby gives notices of filing attached hereby as Exhibits 1-6, its proposed summons on the following defendants:

O'NEILL GLOBAL FULFILLMENT SOLUTION
1175 E. Francis St.
Ontario, CA 91761

ONUS GLOBAL FULFILLMENT SOLUTION, LLC
1175 E. Francis St.
Ontario, CA 91761

VALERIE LAU
1175 E. Francis St.
Ontario, CA 91761

KEVIN TSAI
1175 E. Francis St.
Ontario, CA 91761

MEGA LOGISTICS, INC.
318 Brea Canyon Rd.
City of Industry, CA 91789

HANK LEE
318 Brea Canyon Rd.
City of Industry, CA 91789

Dated June 21, 2021

Respectfully Submitted,

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025

By: /s/ <u>Shlomo Y Hecht</u>
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
*Attorney for Plaintiff OJ Commerce, LLC*